## CERTIFICATE OF SERVICE

I, __Dana Kaplan_____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

__X__ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Guy Gebeerd, Sr. 7876 Granada Pl. #702
Boca Raton, FL 33433-6318

____ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

____ Residence Service: By leaving the process with the following adult at:

____ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

____ Publication: The defendant was served as follows: [Describe briefly]

____ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: __March 18, 2025__    Signature: __D Kaplan__

Print Name: Dana Kaplan
Address: 1405 Palm Beach Lakes Blvd #1000
City: WPB    State: FL    Zip: 33413

*Page 2 of 2*